IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. AUDREY ROSE WOLFE, Defendant. | 8:14CR55 ORDER |

Defendant Audrey Rose Wolfe appeared before the court on April 1, 2016 on an Amended Petition for Offender Under Supervision [24]. The defendant was represented by Federal Public Defender David R. Stickman, and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior. Through her counsel, the defendant waived her right to a probable cause hearing on the Amended Petition for Offender Under Supervision [24] pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. A detention hearing was held. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that she is not a flight risk, the court finds the defendant has failed to carry her burden and that she should be detained pending a dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on May 26, 2016 at 10:30 a.m. Defendant must be present in person.

2 The defendant, Audrey Rose Wolfe, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 4th day of April, 2016

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge